IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

       Plaintiff,                      No. 2:11-cv-2293 JAM CKD P

    vs.

GERTZ,

       Defendant.               ORDER

_____/

        On September 12, 2012, defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On December 7, 2011 and again on September 18, 2012, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

////

1

1    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
2 date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.
3 Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a
4 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

Dated: October 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
quai2293.46.osc