UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

    Plaintiff has filed a motion to amend the complaint in this action to add new defendants. (ECF No. 76.) On November 20, 2014, in light of the procedural history of this case, plaintiff was ordered to file an amended complaint within thirty days. (ECF No. 74.) Construing plaintiff's motion as seeking an extension of time to file an amended complaint, the court will grant the motion.

    Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any

1

function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 76) is granted as follows: No later than thirty days from the date of this order, plaintiff shall file an amended complaint in Case No. 2:11-cv-2293 JAM CKD P.

Dated:  January 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.ord(2)