UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

During the entire week of June 1, 2015, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges will conduct settlement conferences. Your consolidated cases, 2:11-cv-2293 and 2:11-cv-2294, have been identified as potentially appropriate for referral to Settlement Week.

Accordingly, IT IS HEREBY ORDERED that the parties shall, within 30 days from the date of this order, so inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

/////

/////

1

ADR Division

Attention: Sujean Park

U.S. District Court

501 I Street, Suite 4-200

Sacramento, CA 95814

Fax: (916) 491-3912

Email: spark@caed.uscourts.gov

IT IS SO ORDERED.

Dated: February 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.sw