UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

On February 10, 2015, plaintiff was granted a thirty-day extension of time to file and serve an amended complaint. (ECF No. 82.)  Subsequently, plaintiff's consolidated actions were set for a settlement conference on June 2, 2015.  (ECF No. 84.)  Before the court is plaintiff's request to vacate the February 10, 2015 order, so that he will not need to file an amended complaint prior to settlement talks.  (ECF No. 86.)  The court will grant this request and revisit the timing of any amended complaint after the settlement conference, if necessary.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 86) is granted, and the deadline for filing an amended complaint (ECF No. 82) is hereby vacated.

Dated:  March 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.vac