UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | Nos.  2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

On February 6, 2015, this court ordered the parties to inform the court's ADR division in writing whether they believed a settlement conference in consolidated cases 2:11-cv-2293 and 2:11-cv-2294 would be beneficial.  (ECF No. 80.)  On March 9, 2015, defendants' counsel informed the ADR division in writing that defendants were agreeable to a settlement conference.  On March 13, 2015, a settlement conference was set before Magistrate Judge Kendall J. Newman for June 2, 2015.  (ECF No. 84.)  A writ was issued to transport plaintiff to court to attend the conference.  (ECF No. 85.)  Due to the logistics of transporting prisoners, prison officials may begin transporting plaintiff any day now.

On May 26, 2015, a member of defense counsel's staff contacted the ADR division to request that the settlement conference be canceled.

1

1   By 4 p.m. on May 27, 2015, defendants' counsel shall contact Judge Newman's chambers, 916-930-4710, to show good cause why the settlement conference should not go forward as planned. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: May 26, 2015

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.osc