**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam J. DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants,
LANCE GRAY and BRYAN FOSTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | CASE NO. 2:11-CV-2293-JAM-CKD P |
| v. | <u>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES</u> |
| COUNTY OF BUTTE, ANDREW K. GERTZ, KORY HONEA, BRYAN FLICKER, DAVID O'HAIR, DEBBIE YOUNG, LANCE GRAY, BRYAN FOSTER, and DOES 1-3, | Complaint Filed: 3/16/15<br>First Amended Complaint Filed: 2/01/16 |
| _____/ | |

The Court has considered the Motion to Compel Plaintiff's Discovery Responses and accompanying papers filed by Defendants and, good cause appearing, it is HEREBY ORDERED that the Motion to Compel (ECF No. 130) is GRANTED as follows:

///

///

///

IT IS HEREBY ORDERED that Plaintiff SAMMY R. QUAIR, SR. provide responses to Defendants' Interrogatories, Set One and Request for Production of Documents, Set One within fourteen (14) days from the date this Order is signed.

Dated: September 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706