**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam J. DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants,
LANCE GRAY and BRYAN FOSTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>v.<br><br>COUNTY OF BUTTE, ANDREW K. GERTZ, KORY HONEA, BRYAN FLICKER, DAVID O'HAIR, DEBBIE YOUNG, LANCE GRAY, BRYAN FOSTER, and DOES 1-3,<br><br>_____/ | CASE NO. 2:11-CV-2293 JAM CKD P<br><br>**ORDER GRANTING DEFENDANTS' MOTION AND MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES**<br><br>Complaint Filed: 3/16/15<br>First Amended Complaint Filed: 2/01/16<br><br>**No hearing pursuant to Local Rule 230(l)** |

The Court, having considered the Motion to Compel Plaintiff's Discovery Responses and accompanying papers filed by Defendants LANCE GRAY and BRYAN FOSTER (hereinafter "Defendants"), and good cause appearing, it is HEREBY ORDERED that the Motion to Compel is GRANTED as follows:

///

///

IT IS HEREBY ORDERED that:

1. Defendants' motion to compel (ECF No. 133) is granted; and

2. Plaintiff is ordered to provide responses to Defendant Foster's Interrogatories, Set One; Defendant Foster's Requests for Production of Documents, Set One, and Defendant Gray's Interrogatories, Set One within ten (10) days from the date this Order is signed.

IT IS SO ORDERED.

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706