UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

On February 17, 2017, defendants Foster and Gray filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of plaintiff's claims against these defendants pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.46osc

1