UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR., | No. 2:11-cv-2293 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| GERTZ, et al., | |
| Defendants. | |

Defendants Foster and Gray have answered the First Amended Complaint ("FAC") and filed a motion for summary judgment. Review of the docket indicates that defendant Young has not been served. (See ECF No. 118) (determining that the FAC states failure-to-protect claims against defendants Young, Gray, and Foster). Good cause appearing, the court will order plaintiff to re-submit service documents for Young so that this defendant may be served as soon as practicable.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed February 1, 2016;

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

1

    b. One completed summons;

    c. One completed USM-285 form for defendant Young; and

    d. One copy of the endorsed amended complaint filed February 1, 2016;

 3. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Young pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: April 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / quai2293.young